Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−27165−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Julius C. Romero
6606 Riverfront Drive
Palmyra, NJ 08065

Evelyn Melendez
6606 Riverfront Drive
Palmyra, NJ 08065

Social Security No.:
xxx−xx−5432

xxx−xx−5230

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 20, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 25
Order Granting Motion To Withdraw As Attorney. Lee Abt terminated as attorney. (Related Doc # 25). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/20/2016. (bc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 20, 2016
JJW: bc

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-27165-ABA
Julius C. Romero                                                Chapter 13
Evelyn Melendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1           Date Rcvd: Sep 20, 2016
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db/jdb         +Julius C. Romero,   Evelyn Melendez,   6606 Riverfront Drive,   Palmyra, NJ 08065-2158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          I. Dominic Simeone    on behalf of Creditor    The Riverfront at Palmyra Condominium Association
           dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee  Abt    on behalf of Debtor Julius C. Romero leeabt2@verizon.net
          Lee  Abt    on behalf of Joint Debtor Evelyn  Melendez leeabt2@verizon.net
                                                                                              TOTAL: 7