UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**LEE ABT, ESQUIRE**
Princeton Place
3747 Church Road, Suite 102
Mt. Laurel, New Jersey 08054
(856) 914-5100
I.D.#LA5525
ATTORNEY FOR DEBTOR

Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-27165-ABA

Hearing Date: 9/20/16 at 10 AM

Judge:  Andrew B. Altenburg, Jr.

In Re:

**JULIUS C. ROMERO
AND EVELYN MELENDEZ ,**
                    Debtors.

Chapter 13

**ORDER REMOVING LEE ABT, ESQUIRE, AS ATTORNEY FOR DEBTORS**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 20, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by motion of LEE ABT, ESQUIRE, Attorney of record for Debtors herein, and for good cause, it is

**ORDERED** that LEE ABT, ESQUIRE, is hereby authorized to withdraw as attorney for debtors and is hereby immediately removed as counsel of record for debtors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 15-27165-ABA
Julius C. Romero                                                              Chapter 13
Evelyn Melendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Sep 20, 2016
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db/jdb         +Julius C. Romero,    Evelyn Melendez,    6606 Riverfront Drive,    Palmyra, NJ 08065-2158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          I. Dominic Simeone   on behalf of Creditor    The Riverfront at Palmyra Condominium Association
           dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lee  Abt   on behalf of Debtor Julius C. Romero leeabt2@verizon.net
          Lee  Abt   on behalf of Joint Debtor Evelyn  Melendez leeabt2@verizon.net
                                                                                          TOTAL: 7